## GREGORY E. SNYDER v. GREAT NORTHERN RAILWAY COMPANY.[1]

September 25, 1914.

Nos. 18,714—(230).

**Damages.**

Action for personal injury. A verdict for $1,750, approved by the trial court, *held* not excessive. Plaintiff was 37 years old, was under treatment in the hospital 10 days, for five months after the injury had been unable to work and probably would be unable so to do for several months more. [Reporter.]

Action in the district court for Anoka county to recover $27,000 for personal injury received while in the employ of defendant. The answer alleged that if plaintiff sustained any injury, it was through his own negligence and failure to exercise the care of an ordinarily prudent person for his own safety. The case was tried before Giddings, J., and a jury which returned a verdict for $1,750 in favor of plaintiff. From an order denying its motion for a new trial, defendant appealed. Affirmed.

*Cobb, Wheelwright & Dille* and *C. M. Bracelen,* for appellant.
*Thomas D. Schall, T. D. Sheehan* and *B. C. Thayer,* for respondent.

1 Reported in 148 N. W. 617.

PER CURIAM.

A verdict for $1,750, approved by the trial court, cannot be held excessive on appeal where the evidence was such that the jury might well find that plaintiff, a brakeman 37 years old in defendant's employ, because of a defective grab-rod on a freight car was thrown from a moving train with such violence that he was rendered unconscious and, as a result, was under treatment in a hospital some 10 days and confined to his room longer; that he received such shock that a partial or incomplete hernia developed which can be cured only by an operation; that his back became lame and painful and so remained at the trial about five months after the injury; that his nervous system was affected and he is now subject to dizzy spells; that he, by reason of the injuries, had not been able to work since the accident and in all probability would be unable to so do for several months more; and that prior to the injury he was in good health and earning more than one hundred dollars a month.

Order affirmed.